STATE ex rel. LONG v. PETREE STOCKTON, LLP

    No. 246PA98

    Case below: 129 N.C.App. 432

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed as to constructive fraud issue 8 October 1998. Motions by defendants to dismiss petition for discretionary review allowed 8 October 1998. Motion by defendant (Iseman) to dismiss appeal dismissed 8 October 1998.

STATE FARM MUT. AUTO. INS. CO. v. LONG

    No. 192A98

    Case below: 129 N.C.App. 164

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 8 October 1998. Motion by defendants to dismiss appeal as to Questions 3, 4, and 5 allowed 8 October 1998.

STEM v. RICHARDSON

    No. 153PA98

    Case below: 128 N.C.App. 754

Petition by defendants for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 8 October 1998.

STRADER v. SUNSTATES CORP.

    No. 266P98

    Case below: 129 N.C.App. 562

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 30 September 1998.

SWEENEY v. WAKE COUNTY

    No. 277PA98

    Case below: 129 N.C.App. 846

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 30 September 1998.